UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHARLES YOUNG, JR. | CIVIL ACTION NO. 15-2621 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| STEVE PRATOR, ET AL | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (Record Document 16) is **GRANTED** and all claims against all Defendants are **DISMISSED WITH PREJUDICE** to refiling the complaint as a pauper.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 10th day of May, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE